**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**
www.flmb.uscourts.gov

In re :                                                                                               Case No. 6:17-03890-KSJ
                                                                                                      Chapter 7
Anne Patricia Herzog

                Debtor(s).
_____/

PROOF OF SERVICE BY ATTORNEY

      Attorney, Kristen L. Henkel, hereby certifies that a true & correct copy of Order Authorizing Employment of Special Counsel, dated July 13, 2017 (docket no. 11) has been sent by United States Mail, first class, post prepaid, or by electronic delivery to all interested parties on July 13, 2017.

                                              */s/ Kristen L. Henkel*
                                              Kristen L. Henkel, Esq.
                                              Florida Bar No. 81858
                                              M. E. Henkel, P.A.
                                              3560 South Magnolia Avenue
                                              Orlando, Florida 32806
                                              Telephone : (407) 438-6738
                                              Facsimile :  (407) 858-9466
                                              khenkel@mehenkel.com

Copies furnished to :
Anne Patricia Herzog, 24 Yacht Hvena Dr., Cocoa Beach, FL 32931
Raymond J. Rotella, 619 E. Washington St., Orlando, FL 32801
Marie E. Henkel, Trustee, 3560 S. Magnolia Ave., Orlando, FL 32806
Office of the U. S. Trustee, 400 W. Washington St., Ste. 1100, Orlando, FL 32801