**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**
www.flmb.uscourts.gov

In re :                                                    Case Number **6:17-03890-KSJ**
                                                           Chapter 7

**Anne Patricia Herzog**
                              Debtor(s).
_____/


**APPLICATION & DECLARATION FOR ORDER**
**AUTHORIZING EMPLOYMENT OF SPECIAL LEGAL COUNSEL**

**APPLICATION**


      The duly appointed trustee in this Chapter 7 case, Marie E. Henkel, applies for an Order approving the employment of Mark Pinkston, Esq., and The Van Winkle Law Firm, 11 North Market Street, Asheville, NC 28801, to represent and assist the Trustee in selling a parcel of residential real property, an asset of this estate.  Special Counsel will represent the estate in North Carolina state law aspects the sale of the property located in Jackson County, North Carolina, more particularly described as follows :


      **BEING AND COMPREHENDING Lots 36, 37 and 38 as shown on a map or plat of a survey recorded in Plat Cabinet 2, Slide 93, Jackson County Registry more particularly described as follows:**

      **BEGINNING at a stake in the south margin of Dills street, as shown on map or plat recorded in Plat Cabinet 2, Slide 93, in the office of the Register of Deeds of Jackson County, and being the corner of Lot #35 and Lot#36, and runs with the south margin of Dills Street, S 88 W 150 feet to a stake in the south margin of said Dills Street; thence S 2 E 155 to a stake on the north bank of Scotts Creek; thence with the north bank of Scotts Creek in an easterly direction 140 feet; thence in a northerly direction to the BEGINNING.**

      **AND BEING the same property conveyed unto Anne P. Herzog, by Deed dated March 26, 2015, and recorded in Deed Book 2072, Page 230, Jackson County Registry.**

      **a/k/a 65 Story Book Lane, Sylva, North Carolina 28779**
      **PIN 7641-08-0230**

      After reviewing the facts and legal issues in this case, the Trustee has concluded that the assistance of counsel is necessary to enable the Trustee to discharge the Trustee's statutory duties.  Applicant is a licensed attorney and Trustee believes that applicant has the ability and experience to render the necessary assistance.  Further, applicant has agreed to perform the required for a fee of $ 475.00, pursuant to the provisions of § 330 of the Bankruptcy Code.

To the best of the trustee's knowledge, the attorney has no connection with the debtor, creditors, any other party in interest, their respective attorneys and Accountants, the United States Trustee or any person employed in the office of the United States Trustee except as disclosed in the following declaration.

Trustee therefore requests that the Court enter an Order approving the employment of special counsel for the purposes described above.

Dated October 5, 2017.

/s/ Marie E. Henkel
Marie E. Henkel, Trustee
Florida Bar No. 260320
M. E. Henkel, P.A.
3560 S. Magnolia Ave.
Orlando, Florida 32806
Telephone : (407) 438-6738
Facsimile  : (407) 585-9466

## DECLARATION OF PROPOSED SPECIAL COUNSEL

I, Mark Pinkston, declare under penalty of perjury pursuant to the provisions of 28 U.S.C. § 1746 that the following statements are true and correct :

1. I am an attorney admitted to practice North Carolina.

2. I am a member of The Van Winkle Law Firm.

3. Neither I, nor any member of my firm, have any connection with the debtors, creditors, or any other party in interest, their respective attorneys and Accountants, the United States Trustee, or any other person employed in the office of the United States Trustee except that: I represent the Secured Creditor, Champion Credit Union, which holds a mortgage on the subject property; however, that relationship is complementary to the duties I will perform as special counsel and presents no conflict of interest detrimental to the estate or unsecured creditors.

4. Based on the foregoing, Mark Pinkston believes that he and The Van Winkle Law Firm, is a "disinterested person" within the meaning of § 101(14) of the Bankruptcy Code.

5. Mark Pinkston, nor any member of The Van Winkle Law Firm will, while employed by the Trustee, represent in connection with this case, any other entity that has an adverse interest.

6. Therefore, Mark Pinkston knows of no reason why said attorney and law firm should not be retained as Attorney for Trustee.

7. I understand that any fees to be paid by the estate must be approved as reasonable by the Bankruptcy Court, pursuant to 11 U.S.C. § 330, and that my closing fee of $ 475.00, if paid at closing, is subject to disgorgement pursuant to a future Order of this Court.

2

Dated this October 5, 2017.

/s/ Mark Pinkston
Mark Pinkston, Esq.
North Carolina Bar No. 16789
The Van Winkle Law Firm
11 North Market Street
Asheville, NC 28801
Telephone : (828) 258-2991
Facsimile : (828) 257-2767
mpinkston@vwlawfirm.com

<u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that a copy of the foregoing was provided by United States Mail, postage prepaid, or by electronic delivery to : United States Trustee, 400 W. Washington St., Suite 1100, Orlando, Florida 32801; Anne Patricia Herzog , 24 Yacht Hvena Dr., Cocoa Beach, FL  32931, *Debtor(s);* Raymond J. Rotella, 619 E. Washington St., Orlando, FL 32801, *Debtor(s)' Attorney,* on October 11, 2017.

/s/ Kristen L. Henkel
Kristen L. Henkel, Esq.