UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION
www.flmb.uscourts.gov

In the matter of:

ANNE PATRICIA HERZOG         CASE NO. 6:17-bk-3890-KSJ

    Debtor.
_____/

**CERTIFICATE OF COMPLIANCE WITH COURT ORDER SUSTAINING IN PART AND OVERRULING IN PART OBJECTION TO FILING RULE 2004 EXAMINATION (DOC. #40) AND ORDER GRANTING IN PART AND DENYING IN PART EMERGENCY MOTION FOR PROTECTIVE ORDER (DOC. #41)**

COMES NOW the Debtor, by and through her undersigned attorneys, and files this Certificate of Compliance with the Court Order sustaining in part and overruling in part objection to filing Rule 2004 examination (Doc. #40) and Order granting in part and denying in part emergency Motion for Protective Order (Doc. #41), and states the Debtor produced the records to Attorney Michael Nardella on September 21, 2017.

I HEREBY CERTIFY that a true copy of the foregoing as furnished by United States Mail/electronic transmission to Michael A. Nardella, Esquire, mnardella@nardellalaw.com, Marie Henkel, Trustee, mehenkel@yahoo.com and US Trustee, ustp.region21.or.ecf@usdoj.gov this 11th day of October, 2017.

RAYMOND J. ROTELLA, ESQUIRE of
KOSTO & ROTELLA, P.A.
POST OFFICE BOX 113
ORLANDO, FLORIDA 32802
TELEPHONE 407/425-3456
FACSIMILE 407/423-5498
FLORIDA BAR NO. 157951
Rrotella@kostoandrotella.com
Dmeyer@kostoandrotella.com
Attorneys for Debtor